**Opinion issued June 6, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00554-CV**
———————————

**IN RE ABC NEWS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, ABC News, has filed a petition for writ of mandamus challenging (1) the trial court's gag order prohibiting attorneys and others involved in the underlying litigation from speaking publicity about a range of topics related to the litigation and (2) the trial court's order denying ABC News's motion to reconsider the gag order.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1] The underlying case is *In re Astroworld Litigation*, cause number 2021-79885, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.